171 So.2d 479

Albert ZALES

v.

STATE of Louisiana.

No. 47620.

Feb. 23, 1965.

In re: Albert Zales applying for writ of habeas corpus.

The application is denied. This court will not issue a writ of habeas corpus unless an application is first made and denied by a district judge having jurisdiction in the district in which the relator is in custody or that it is shown that such district judge is recused or prevented from some cause from acting. No such action was taken or showing made in this case. See LSA–R.S. 15:114.

171 So.2d 479

William A. SMITH

v.

MARQUETTE CASUALTY COMPANY.

No. 47601.

Feb. 23, 1965.

In re: Marquette Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Allen. 169 So.2d 750.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

SANDERS, J., is of the opinion that the writ should be refused, since only a question of fact is presented by the application.